■ In the Matter of JOHN L. BARRY, as Commissioner of the Suffolk County, Department of Public Welfare, Respondent, v. MICHAEL RODRIGUEZ et al., Appellants.— Motion by appellants for a stay of all proceedings, pending appeal, granted, on condition that appellants perfect the appeal and be ready to argue or submit it at the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before September 1, 1961. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of the Arbitration between NATHAN R. GOODMAN, Respondent-Appellant, and BENJAMIN LAZRUS, Appellant-Respondent.— Motion by petitioner to dismiss appeal of Benjamin Lazrus, appellant, denied, on condition that said appellant perfect his appeal and be ready to argue or submit it at the October Term, beginning October 2, 1961; said appeal and the cross appeal by petitioner are ordered on the calendar for said term; they should be heard together. The record and the brief of appellant Lazrus must be served and filed on or before August 10, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of MARVIN ROSENBLUM, Petitioner, v. STEPHEN P. KENNEDY, as Commissioner of the Police Department of the City of New York, Respondent.— Motion by petitioner for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of PINE YONKERS CORPORATION, Respondent, v. JOSEPH J. LENNOX et al., Appellants.— Motion by respondent to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before September 1, 1961. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.